UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Charlene Burlett, | ) | Court File No. 24-cv-1734 (SRN/ECW) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **AMENDED ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| Life Insurance Company of North America, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

Annie Surbaugh, Blake R. Bauer, and Zachary Schmoll, Fields Law Firm, 9999 Wayzata Blvd., Minnetonka, MN 55305, for Plaintiff

Daniel Keenan Ryan, Hinshaw & Culbertson LLP, 151 N. Franklin St., Ste. 2500, Chicago, IL 60606; Margaret Ann Santos and Margarita Gokhberg, Hinshaw & Culbertson, LLP, 250 Nicollet Mall, Ste. 1150, Minneapolis, MN 55401, for Defendant.

_____

Pursuant to the Stipulation of the parties (Doc. No. 16), IT IS HEREBY ORDERED that this matter is dismissed with prejudice and on its merits and without costs, disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: January 7, 2025

BY THE COURT:

s/Susan Richard Nelson
Susan Richard Nelson
United States District Judge